March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

    Tanzania Hogan    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-00336 ( JGK)

Defendant   Tanzania Hogan   hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Plea/Trial/Sentence


s/ Tanzania Hogan_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Lorraine GauliRufo*_____
Defense Counsel's Signature


___Tanzania Hogan_____
Print Defendant's Name

_____Lorraine Gauli-Rufo_____
Print Defense Counsel's Name


This proceeding was conducted by reliable teleconference technology.


___5.24.21_____

/s/ John G. Koeltl_____

Date: 5.25.21 U.S. District Judge/U.S. Magistrate Judge