March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEO CONFERENCE**

-v-

Tanzania Hogan

21 -CR- 336( JGK ) (    )

Defendant(s).
-----------------------------------------------------------------X

Defendant _Tanzania Hogan_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

✓ Plea/Trial/Sentence

s/ Tanzania Hogan
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

s/ Lorraine Gauli-Rufo
_____
Defense Counsel's Signature

Tanzania Hogan
_____
Print Defendant's Name

Lorraine Gauli-Rufo
_____
Print Defense Counsel's Name

on 6/9/22
This proceeding was conducted by reliable video conference technology.

6/10/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge