

| | |
|---|---|
| NEW JERSEY OFFICE<br>06 POMPTON AVENUE, SUITE 25<br>CEDAR GROVE, NJ 07009<br>(973) 239-4300 | NEW YORK OFFICE<br>347 5TH AVENUE, SUITE 1402<br>NEW YORK, NY 10016<br>(646) 205-2259 |

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 3, 2022

*Via ECF*

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application granted.*
*So ordered.*
*11/4/22*  *JGKoeltl*
          *U.S.D.J.*

**Re: *United States v. Tanzania Hogan***
   21 Cr. 336 (JGK)

Dear Judge Koeltl:

I represent Tanzania Hogan in the above matter. Your Honor sentenced Ms. Hogan on June 9, 2022. Administrative Assistant from Pretrial Services (PTS) Izlia Sanchez advised that PTS is in possession of Ms. Hogan's passport. Ms. Hogan is requesting to retrieve her passport back. However, PTS advised that we need a court order. Therefore, we are respectfully requesting that Your Honor grant this request.

Sincerely,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
Attorney for Tanzania Hogan