

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

July 17, 2023

*Via ECF*
Hon. Judge John G. Koeltl
District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

*[signature]*
7/17/23    John G. Koeltl, U.S.D.J.

Re: United States v. Tanzania Hogan
21-CR-00336 (JGK)

Dear Judge Koeltl:

I was previously appointed to represent Ms. Hogan in the underlying criminal matter pursuant to the Criminal Justice Act. Ms. Hogan has completed a year of her supervised release sentence and is seeking early termination. I am respectfully requesting that I be reappointed to represent Ms. Hogan to seek early termination of her supervised release.

Your Honor's time and consideration is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo, Esq.

cc: Brandon Harper, AUSA
    Jeffrey Coyle, AUSA