UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

       - against -

TANZANIA HOGAN,

            Defendant.
―――――――――――――――――――――――――――――

21-cr-336 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The defendant's application for an early termination of supervised release is unopposed, and Ms. Hogan meets all the requirements for a termination of supervised release. Therefore, Ms. Hogan's application for an early termination of supervised release is **GRANTED**, and her supervised release is terminated.

    SO ORDERED.

Dated: July 20, 2023
      New York, New York

                                      John G. Koeltl
                             United States District Judge